No. 10, original. UNITED STATES *v.* WYOMING. October 9, 1944. The motion for leave to file the complaint is granted and process is ordered to issue returnable within 60 days.

No. —. EX PARTE GEORGE ACRET;

No. —. EX PARTE CARL MINGIONE; and

No. —. WILSON *v.* HINMAN. October 9, 1944. The motions for leave to file petitions for writs of mandamus are denied.

No. —. EX PARTE ANDREW BARNETT;

No. —. EX PARTE A. B. FARMER;

No. —. EX PARTE BOOKER T. GEORGE;

No. —. EX PARTE JOSEPH JACK GIASULLA;

No. —. EX PARTE ROBERT JONES;

No. —. EX PARTE BENJAMIN H. JONES;

No. —. EX PARTE JAMES RENO;

No. —. WHARTON *v.* RAGEN, WARDEN; and

No. —. EX PARTE BEN F. MASON. October 9, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. EX PARTE CHARLES CAULO; and

No. —. EX PARTE WILLIAM M. LEE. October 9, 1944. The motions for leave to file petitions for writs of habeas corpus are denied. Treating the papers as petitions for writs of certiorari, certiorari is denied.

No. —. EX PARTE ARTHUR E. FAKE. October 9, 1944. The motions for leave to file petitions for writs of habeas corpus and mandamus are denied.